JUDGE RAKOFF

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600 / Fax: (516) 767-3605
Eugene J. O'Connor (EO-9925)
Timothy Semenoro (TS-6847)

08 CV 00504



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SEASPAN SHIP MANAGEMENT, LTD., and
SEASPAN CORPORATION,

                           Plaintiffs,

          v.

UNITED STATES OF AMERICA,

                         Defendant.
------------------------------------------------------------X

08 CV _____

**RULE 7.1 STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for SEASPAN SHIP MANAGEMENT, LTD., and SEASPAN CORPORATION (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

      Seaspan Corporation – NYSE symbol: SSW

Dated: Port Washington, New York
       January 10, 2008

                                            CHALOS, O'CONNOR & DUFFY, LLP
                                            Attorneys for Plaintiff

                By: _____
                                            Eugene J. O'Connor (EO-9925)
                                            Timothy Semenoro (TS-6847)
                                            366 Main Street
                                            Port Washington, New York 11050
                                            Tel: (516) 767-3600 / Fax: (516) 767-3605